# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CYNTHIA LEE SNOW DUNCAN,**

       **Plaintiff,**

**v.**                                **Case No: 6:16-cv-2023-Orl-28DCI**

**COMMISSIONER OF SOCIAL
SECURITY,**

       **Defendant.**

_____

# ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") (Doc. No. 1)(filed November 18, 2016). United States Magistrate Judge Irick has submitted a report recommending that the final decision be affirmed.

After an independent *de novo* review of the record in this matter, including the Objection to the Report and Recommendation filed by Plaintiff (Doc. No. 23), and the Commissioner's response to the Objection (Doc. No. 24), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 16, 2017 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3.     The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on December 2 6, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record